IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS S. MCKNIGHT, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 18-5487 |
| OFFICER MOHAMAN, *et al.*, | : | |
| *Defendants* | : | |

## ORDER

AND NOW, this 21st day of September, 2020, upon consideration of the Complaint (Doc. No. 2), Plaintiff's Application and Motion for Appointment of Counsel (Doc. Nos. 23, 24), Plaintiff's Affidavit in Support of his Motion for Appointment of Counsel dated September 1, 2020, and various Court orders entered in this action (Doc. Nos. 24, 26, 29), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim;

2. Mr. McKnight is **GRANTED** leave to file an amended complaint within 45 days of entry of this Order;

3. The Motion for Appointment of Counsel is **DENIED**; and

4. The Clerk of Court shall send by first class mail to Mr. McKnight at Smart Communications/PA DOC, SCI-Dallas, Louis S. McKnight NJ 6011, 1000 Follies Road, Dallas, PA 186612, a copy of this Order and accompanying Memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE